FILE COPY



| | | |
|---|---|---|
| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | BOBBY RAMIREZ<br>Clerk |
| JUDY C. PARKER<br>Justice | Seventh District of Texas<br>Potter County Courts Building | |
| LAWRENCE M. DOSS<br>Justice | 501 S. Fillmore, Suite 2-A<br>Amarillo, Texas 79101-2449 | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540 |
| ALEX YARBROUGH<br>Justice | www.txcourts.gov/7thcoa.aspx | (806) 342-2650 |

October 19, 2023

Christopher Matthew Dillon
LAW FIRM OF CHRIS M.(MATT) DILLON
P.O. Box 446
Bastrop, TX 78602
* DELIVERED VIA E-MAIL *

Bijan Mauray Wolridge
TDCJ-ID#02442936
Holliday Unit
295 IH-45 North
Huntsville, TX 77320-8433

Susan Rose Godbehere Deski
LAW OFFICE OF SUSAN R. DESKI
PO Box 1798
Brenham, TX 77834-1798
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:  07-23-00163-CR, 07-23-00164-CR
             Trial Court Case Number:  9151, 9152

**Style:**   Bijan Mauray Wolridge v. The State of Texas

Dear Counsel and Mr. Wolridge:

The Court this day issued an opinion and judgment in the referenced appeal. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Sincerely,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:     Honorable Carson T. Campbell (DELIVERED VIA E-MAIL)
         Lisa Teinert (DELIVERED VIA E-MAIL)